JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WENDY VANESSA ALFARO, | ) Case No.: 8:25-cv-01665-JDE |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 14, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 24, 2025

JOHN D. EARLY
United States Magistrate Judge